UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ROBERT PEZZOLLA,**<br><br>                    **Plaintiff,**<br>v.<br><br>**DAVID SANDERS, et al.,**<br><br>                    **Defendants.** | **Civil Action No. 17-9035 (CCC)**<br><br><br><br>**ORDER** |

**IT IS** on this 20th day of July, 2018

**ORDERED** that there shall be an in-person conference before the Undersigned on **September 11, 2018** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Courtroom 9, Newark, New Jersey.

                                        /s/ Mark Falk
                                        **MARK FALK**
                                        **United States Magistrate Judge**